UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORDER TO OPEN MISCELLANEOUS CASE AND
ORDER REFERRING COUNSEL

Under Local Rule 83.6(e), when "misconduct or allegations of misconduct which, if substantiated, would warrant discipline on the part of an attorney admitted to practice before this Court" comes to the attention of a Judge of this Court, "the Judge shall refer the matter to counsel for investigation and the prosecution of a formal disciplinary proceeding or the formulation of such other recommendation as may be appropriate." In accordance with LR 83.6(e):

IT IS THEREFORE ORDERED that the Clerk is directed to open a miscellaneous case entitled, "In re: Jill Clark," and directly assign the opened miscellaneous case to myself, Chief U.S. District Judge Michael J. Davis, file this order in the opened miscellaneous case, and waive any associated filing fee for such case.

IT IS FURTHER ORDERED that I hereby refer the matter regarding Jill Clark to Karin Ciano to serve the court as counsel in this matter.

Dated:

October 31, 2012

_____
Michael J. Davis,
Chief United States District Judge