**UNITED STATES DISTRICT COURT**
FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Chambers of**<br>**PATRICK J. SCHILTZ**<br>**DISTRICT JUDGE** | United States Courthouse<br>300 South Fourth Street<br>Minneapolis, Minnesota 55415<br>(612) 664-5480 |

December 14, 2012

Ms. Karin Ciano
Karin Ciano Law PLLC
2915 Wayzata Boulevard
Minneapolis, MN 55405

        Re:    In Re Jill Clark
                Case No. 12-MC-0080 (PJS)

Dear Ms. Ciano:

      My judicial assistant informs me that you called my chambers today, asking to speak to me about this case.

      I am not aware of any rule that forbids ex parte contact between the presiding judge and the counsel appointed under Local Rule 83.6(e)(1), but I think it best that I not engage in any ex parte contact with either Ms. Clark or you.  I therefore ask that any communications with me be in writing and copied to Ms. Clark.  (Likewise, I ask that any communications from Ms. Clark be in writing and copied to you.)  If you think it would be helpful, I would be happy to meet with Ms. Clark and you.  Any such meeting, though, would be in my courtroom and on the record.

      Thank you for service in this matter.

                                        Sincerely,

                                        s/Patrick J. Schiltz
                                        Patrick J. Schiltz
                                        United States District Judge

cc:    Jill Clark