

**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA

CHAMBERS OF
PATRICK J. SCHILTZ
DISTRICT JUDGE
UNITED STATES COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MINNESOTA 55415
(612) 664-5480

January 18, 2013

Ms. Karin Ciano
Karin Ciano Law PLLC
2915 Wayzata Boulevard
Minneapolis, MN 55405

      Re:    In Re Jill Clark
              Case No. 12-MC-0080 (PJS)

Dear Ms. Ciano:

    As you may know, Jill Clark has been temporarily suspended from the practice of law by both the Minnesota Supreme Court and the United States District Court for the District of Minnesota. The Minnesota Supreme Court found, however, that Ms. Clark is capable of assisting in the defense of disciplinary charges against her. Therefore, I ask that you continue your investigation of Ms. Clark and, if warranted, initiate formal disciplinary proceedings against her or provide "such other recommendation as may be appropriate."

    Thank you for your service in this matter.

                                    Sincerely,

                                    Patrick J. Schiltz
                                    United States District Judge

cc:    Jill Clark